UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRIS ALLISON, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>GDS HOLDINGS LIMITED, WILLIAM WEI HUANG, AND DANIEL NEWMAN<br><br>       Defendants. | No. 1:18-cv-06960-PKC |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Chris Allison hereby voluntarily dismisses the above-captioned action without prejudice. Mr. Allison expressly reserves his rights to participate as a member of any class later certified related to this action.

    Respectfully submitted,

    /s/ Todd S. Garber
    Todd S. Garber
    **FINKELSTEIN BLANKINSHIP FREI-PEARSON & GARBER LLP**
    445 Hamilton Ave., Suite 605
    White Plains, NY 10601
    (914) 298-3283 phone
    (914) 908-6721 fax
    tgarber@fbfglaw.com

    Jeffrey C. Block
    **BLOCK & LEVITON LLP**
    155 Federal Street, Suite 400
    Boston, MA 02110
    (617) 398-5600 phone
    (617) 507-6020 fax
    jeff@blockesq.com

    *Counsel for Mr. Allison*